JOSEPH SLUCZINSKAS *vs.* GEORGE F. PULLEN.

Third Judicial District.

Submitted on briefs April 10th—decided June 13th, 1913.

ACTION to recover damages for personal injuries alleged to have been caused by the defendant's negligence, brought to the Superior Court in New Haven County and tried to the jury before *Williams, J.;* verdict and judgment for the defendant, and appeal by the plaintiff. *No error.*

*Francis P. Guilfoile,* for the appellant (plaintiff).

*Frederick M. Peasley,* for the appellee (defendant).

PER CURIAM. We think that the verdict of the jury was warranted by the evidence. The court, therefore, properly refused to set it aside. The complaint against the charge is that it fails to instruct the jury as to the defendant's duty to pass the plaintiff upon his right, and fails to fully charge them concerning his "right to pass and to refrain from passing under the circumstances." No requests for such instructions appear to have been made before the charge, and there was no evidence in the case calling for further or different instructions in these respects than were given.

There is no error.